**OF COUNSEL:**
**WOLF POPPER LLP**
Carl L. Stine
Robert S. Plosky
845 Third Avenue
New York, New York 10022
Tel.:  212-759-4600
Fax:  212-486-2093
Email: cstine@wolfpopper.com
          rplosky@wolfpopper.com