## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID PILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTAR ENERGY, INC., MOLLIE H. CARTER, JERRY B. FARLEY, MARK A. RUELLE, CHARLES Q. CHANDLER IV, R. A. EDWARDS III, SANDRA A.J. LAWRENCE, RICHARD L. HAWLEY, B. ANTHONY ISAAC, S. CARL SODERSTROM, JR., KING ENERGY, INC., GREAT PLAINS ENERGY INCORPORATED and MONARCH ENERGY HOLDINGS, INC.,<br><br>Defendants. | Civil Action No. 17-4086 |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff only, and without prejudice as to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 5, 2018

**JOSEPH, HOLLANDER & CRAFT LLC**

By: /s/ Christopher M. Joseph
Christopher M. Joseph #19778
1508 SW Topeka Blvd.
Topeka, KS 66612
Tel.: (785) 234-3272
Fax: (785) 234-3610
Email: cjoseph@josephhollander.com

*Attorneys for Plaintiff David Pill*

**OF COUNSEL:**

**WOLF POPPER LLP**
Carl L. Stine
Robert S. Plosky
845 Third Avenue
New York, New York 10022
Tel.:  212-759-4600
Fax:  212-486-2093
Email: cstine@wolfpopper.com
          rplosky@wolfpopper.com